# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SONIA TINEO, <br>     Plaintiff | No.3:18cv768 |
| | (Judge Munley) |
| v. | (Magistrate Judge Carlson) |
| NANCY A. BERRYHILL, <br> *Acting Commissioner of Social Security*, <br>     Defendant | |

## ORDER

**AND NOW**, to wit, this 17th day of September 2018, we have before us for disposition Magistrate Judge Martin C. Carlson's report and recommendation, which proposes dismissing plaintiff's *pro se* Social Security appeal.

No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 18) is **ADOPTED**;

2) The plaintiff's appeal of the Commissioner of Social Security's decision denying plaintiff's application for disability benefits (Doc. 1) is **DENIED**; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court