# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SONIA TINEO, | : | No. 3:18cv768 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner | : | |
| of Social Security, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, to wit, this 31st day of October, it is hereby **ORDERED** as follows:

1) Magistrate Judge Martin C. Carlson's report and recommendation (Doc. 18) is **ADOPTED**;

2) The plaintiff's appeal (Doc. 1-1) is **DISMISSED**; and

3) The Clerk of Court is directed to close this case.

                                                            **BY THE COURT:**

                                                            **s/ James M. Munley**
                                                            **JUDGE JAMES M. MUNLEY**
                                                            **United States District Court**